UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
        Plaintiff

                v.                                          07-cr-146-01-SM

John Collins,
        Defendant

                              O R D E R

        Defendant Collins's motion to continue the final pretrial conference and

trial is granted  (document no. 8).    Defendant Collins has filed a Waiver of

Speedy Trial.  Trial has been rescheduled for the month of December, 2007.

        The Court finds that the ends of justice served by granting a continuance

outweigh the best interest of the public and the defendant in a speedy trial,

18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would

unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the

circumstances.

Final Pretrial Conference  is rescheduled for November 26, 2007  at

3:30 p.m. in  Room 421.

Jury selection will take place on December 4, 2007 at 9:30 a.m.


SO ORDERED.


_____
Steven J. McAuliffe
Chief Judge


August 21, 2007

cc:   Jessica C. Brown, Esq.
      Helen W. Fitzgibbon, AUSA
      U.S. Marshal
      U.S. Probation