UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

       v.                  07-cr-146-01-SM

<u>John Collins</u>,
    Defendant

<u>O R D E R</u>

Defendant Collins's motion to continue the final pretrial conference and trial is granted (document no. 11). Trial has been rescheduled for the month of January 2008. Defendant Collins shall file a waiver of speedy trial rights not later than December 10, 2007. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for December 18, 2007 at 3:00 p.m. in Room 421.

Jury selection will take place on January 8, 2008 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
Chief Judge

November 26, 2007

cc: Jessica C. Brown, Esq.
    Helen W. Fitzgibbon, AUSA
    U.S. Marshal
    U.S. Probation